1  J. SCOTT GERIEN, State Bar No. 184728
   JOY L. DURAND, State Bar No. 245413
2  DICKENSON, PEATMAN & FOGARTY
   1455 First Street, Suite 301
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   SUTTER HOME WINERY, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SUTTER HOME WINERY, INC.,              CASE NO.

12            PLAINTIFF,                   **COMPLAINT**

13      v.                                 1. **Federal Trademark Infringement**
                                           2. **Federal Trademark Infringement by**
14 TRI-VIN IMPORTS, INC; MARC                 **use of a Counterfeit Mark**
   OLIVEIRA,                               3. **Federal Unfair Competition**
15                                         4. **California Unfair Competition**
            DEFENDANTS.                    5. **California False or Misleading**
16                                            **Statements**
                                           6. **Common Law Trademark**
17                                            **Infringement**
                                           7. **Common Law Unfair Competition**
18
                                           **DEMAND FOR JURY TRIAL**
19

20

21       Plaintiff, Sutter Home Winery, Inc. ("SHW" or "Plaintiff"), for its complaint against

22 Defendants, Tri-Vin Imports, Inc. ("TVI") and Marc Oliveira ("Oliveira") (TVI and Oliveira

23 collectively referred to as "Defendants"), alleges as follows:

24                              <u>**NATURE OF ACTION**</u>

25   1. This is an action to redress violations of the federal Lanham Act for infringement of a

26      federally registered trademark (15 U.S.C. §1114), infringing use of a counterfeit

27      trademark (15 U.S.C. §1116(d)), federal unfair competition (15 U.S.C. §1125(a)),

28      California unfair competition (Cal. Bus. & Prof. Code §17200), the dissemination of

DICKENSON  PEATMAN  FOGARTY

false and misleading statements (Cal. Bus. & Prof. Code §17500), and common law trademark infringement and unfair competition, as the result of willful and unauthorized use by Defendants of Plaintiff's trademarks, as more fully set forth hereinafter. Plaintiff seeks preliminary and permanent injunctive relief restraining Defendants' infringement of Plaintiff's trademark, monetary damages, to be trebled, and/or statutory damages, attorneys' fees and related relief.

## THE PARTIES

2.  Plaintiff, Sutter Home Winery, Inc., is a California corporation with its corporate offices located at 100 St. Helena Highway South, St. Helena, California 94574.

3.  Upon information and belief, Defendant, Tri-Vin Imports, Inc., is a New York corporation with its corporate offices located at 2 Clinton Place, New Rochelle, New York 10801.

4.  Upon information and belief, Defendant, Marc Oliveira, is a U.S. citizen with an address of 212 Madison Street, Brooklyn, New York 11216.

## JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction over Plaintiff's claim under and pursuant to 15 U.S.C. §1121 and 28 U.S.C. §1338(a), as the claims arise under the federal Lanham Act, 15 U.S.C. §§1114-1127.  This Court also has pendent jurisdiction over all related claims herein in accordance with 28 U.S.C. §1338(b).

6.  Upon information and belief, Defendants, either directly or through their agents, transacted business in the State of California and within this judicial district, as more specifically set forth below, and expected or should reasonably have expected their acts to have consequence in the State of California and within this judicial district.

7.  Venue is proper in this district pursuant to 28 U.S.C. §1391(b), as Defendants are doing business in this judicial district and therefore may be found in this district, and/or as a substantial part of the events giving rise to the claims alleged herein occurred in this judicial district, and/or the infringement occurred in this judicial district.

1

**INTRADISTRICT ASSIGNMENT**

2   8.  Pursuant to Civil Local Rule 3-2(c) this is an intellectual property matter which is to be

3      assigned on a district-wide basis.

4

**ALLEGATIONS COMMON TO ALL CLAIMS**

5   9.  Plaintiff is the owner of the trademark NAPA CELLARS for wine as well as the owner

6      of incontestable U.S. Trademark Registration No. 4,200,838 for NAPA CELLARS for

7      "wines derived from grapes grown in Napa County, California, labeled and advertised

8      in compliance with United States laws for the Napa County appellation of origin or the

9      Napa Valley American Viticultural Area appellation of origin" in International Class

10     33, issued on September 4, 2012 with constructive rights dating back to June 10, 2011

11     (the "NAPA CELLARS Mark").  Plaintiff and its predecessor-in-interest have used the

12     NAPA CELLARS Mark on and in association with wine since as early as 1982, long

13     prior to the acts of Defendants complained of herein.

14  10. Plaintiff is also the owner of the trademark NAPA CELLARS for wine as used with the

15     design shown below:



22     (the "NAPA CELLARS Design Mark").  Plaintiff first used the NAPA CELLARS

23     Design Mark on wine in late 2017, prior to the acts of Defendants complained of herein.

24  11. Plaintiff's NAPA CELLARS Mark has acquired distinctiveness as a result of the long

25     use of the mark since as early as 1982. The distinctiveness of Plaintiff's NAPA

26     CELLARS Mark is presumed and incontestable given its ownership of the

27     incontestable federal trademark registration for the NAPA CELLARS Mark.

28

DICKENSON PEATMAN ⊗ FOGARTY

12. Plaintiff's NAPA CELLARS Design Mark is inherently distinctive as it combines unique design, style and textual elements that as a whole are arbitrary when used in association with wine.

13. Plaintiff invests significant amounts of money in advertising and promoting its NAPA CELLARS wine. For example, Plaintiff produces fact sheets for its various NAPA CELLARS wines which provide details concerning the source of the wine grapes, harvest information, winemaking details and winemaker notes. Below is the image of the fact sheet for the 2018 NAPA CELLARS Sauvignon Blanc, which is also attached hereto as Exhibit A:





DICKENSON  PEATMAN & FOGARTY

14. Plaintiff's NAPA CELLARS wine is sold at retail outlets throughout the United States, on the Internet via Plaintiff's website and retailer websites, as well as at Plaintiff's NAPA CELLARS tasting room located in the Napa Valley.

15. Upon information and belief, TVI is a wholesaler of wine that imports and distributes foreign wines and distributes U.S. produced wines.

16. Upon information and belief, TVI also has wine brands produced exclusively for distribution by TVI, including the wine brand CLOS DE NAPA CELLARS. The CLOS DE NAPA CELLARS wines are advertised on TVI's website at the domain location: https://www.tri-vin.com/country/united-states/. These wines are advertised to wine distributors throughout the United States, including in the Northern District of California, via this website.

17. Upon information and belief, TVI or its agent has contracted with three wineries located in the Northern District of California for the production of the CLOS DE NAPA CELLARS wine. These wineries are: 1) Don Sebastiani & Sons in Napa, California; 2) Top it Off Bottling, LLC in Napa, California; and, 3) Mendocino Wine Group, LLC of Ukiah, California. These three wineries have each obtained Certificates of Label Approval from the Alcohol Tobacco Tax and Trade Bureau for the CLOS DE NAPA CELLARS wine label, a legal prerequisite for the release of wine from a winery production facility.

18. On October 1, 2019, Plaintiff's Senior Regional Manager was contacted by one of Plaintiff's distributors, Southern Glazer Wine and Spirits of Ohio ("SGWS"), and was advised that an SGWS sales representatives had been visiting a retail wine store account in Dublin, Ohio and the sales representative was provided the below flyer by the manager for the retail store who requested to receive the identified pricing for NAPA CELLARS Cabernet Sauvignon wine:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21   19. SGWS inquired to Plaintiff's Senior Regional Manager about the flyer because SGWS

22   was not familiar with a CLOS DE NAPA CELLARS wine being produced by NAPA

23   CELLARS. Plaintiff's Senior Regional Manager advised SGWS that this was not a

24   wine offered under the NAPA CELLARS Mark. SGWS further inquired of the retail

25   store manager as to where it obtained the flyer in question, and the retail store manager

26   advised that the flyer was received from a sales representative named Michael Lawyer

27   from Euro USA Inc. According to the Euro USA Inc., Michael Lawyer is a Wine Sales

28   Specialist with the company. See: http://www.eurousa.com/euro-fine-wines/. Upon

DICKENSON PEATMAN & FOGARTY

1  information and belief, Euro USA Inc. is a distributor of TVI wines in Ohio.

2  20. Upon investigation, Plaintiff learned that TVI's website advertising the CLOS DE
3      NAPA CELLARS wine features links to downloads of fact sheets for the wines
4      wherein Plaintiff identifies the CLOS DE NAPA CELLARS wine as being NAPA
5      CELLARS products, including identical use of Plaintiff's NAPA CELLARS Mark and
6      NAPA CELLARS Design Mark. Below are images of screen shots of TVI's website
7      featuring the counterfeit NAPA CELLARS Mark, and attached as Exhibits B and C are
8      copies of the fact sheets as downloaded from the TVI website:



21. Upon further review, Plaintiff discovered that TVI's website also offers a link for distributors to a download of a technical sheet for the 2018 CLOS DE NAPA CELLARS Sauvignon Blanc wine (https://www.tri-vin.com/wp-content/uploads/2019/06/Clos-De-Napa-Sauvignon-Blanc-2018-D1113-19ts.pdf) which is virtually an identical copy of the fact sheet for the 2018 NAPA CELLARS Sauvignon Blanc shown in Exhibit A and paragraph 13 above, but for the fact that TVI removed the harvest date, release date and case production information on the left side of the sheet, and the reference to Plaintiff's website address at the bottom of the sheet. A copy of the technical sheet from the TVI website is shown below and attached hereto as Exhibit D:





22. Further research disclosed that retailers are also referring to the producer of the CLOS DE NAPA wine as NAPA CELLARS as evidenced by the below Internet advertisement from Yorkshire Wines:



23. Upon information and belief, Marc Oliveira is Vice President of Sales for TVI and the Oliveira family has an ownership interest in TVI.

24. Marc Oliveira owns U.S. Trademark Application Serial No. 88/368,121 for the mark CLOS DE NAPA for "wines derived from grapes grown in the Napa Valley American

Viticultural Area, labeled and advertised in compliance with United States laws for the Napa Valley American Viticultural Area appellation of origin."

25. Upon information and belief, as the owner of the CLOS DE NAPA mark and an employee of TVI, Oliveira had knowledge of, and benefited from, TVI's misuse of the NAPA CELLARS Mark and NAPA CELLARS Design Mark in association with the CLOS DE NAPA mark.

26. Upon information and belief, Defendants knowingly used identical copies of the NAPA CELLARS Mark and NAPA CELLARS Design Mark to capitalize upon the great success of the NAPA CELLARS brand and to unfairly compete with the NAPA CELLARS brand by misleading consumers and distributors as to the origin of the CLOS DE NAPA CELLARS brand.

27. Defendants succeeded in their intent to capitalize upon the success of the NAPA CELLARS brand and to unfairly compete with the NAPA CELLARS brand as Defendants' Ohio distributor downloaded the misleading fact sheet from TVI's website and used it to try and sell TVI's wine to a retailer, and such retailer was confused and requested the pricing for the TVI wine from Plaintiff's Ohio distributor.

28. Similarly, Yorkshire Wines was also misled as to the origin of the CLOS DE NAPA CELLARS brand as evidenced by the advertisement of the wine by Yorkshire Wines as being from NAPA CELLARS.

29. Defendants' adoption and/or use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark in commerce is subsequent to Plaintiff's adoption, use and registration of the NAPA CELLARS Mark and use of the NAPA CELLARS Design Mark.

30. Defendants' use of the NAPA CELLARS Mark in association with wine is a use of a mark identical to Plaintiff's registered NAPA CELLARS Mark on the identical goods for which the NAPA CELLARS Mark is registered and therefore constitutes a counterfeit use of Plaintiff's NAPA CELLARS Mark.

31. Defendants' CLOS DE NAPA CELLARS mark is confusingly similar to Plaintiff's NAPA CELLARS Mark and NAPA CELLARS Design Mark, given that the marks are similar in sight and sound and are used on the identical goods, namely, wine produced from Napa grapes.

32. Use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark by Defendants are likely to confuse consumers into believing that Defendants' CLOS DE NAPA CELLARS wine is affiliated with, associated with, connected to, or sponsored by Plaintiff and its popular NAPA CELLARS wine, and Defendants will unjustly benefit from such association.

33. Defendants' infringing use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark will unjustly increase the profitability of Defendants' CLOS DE NAPA CELLARS brand to the detriment of Plaintiff and at no cost to Defendants.

34. Plaintiff will be further harmed as consumers will purchase the CLOS DE NAPA CELLARS wine believing it to be the NAPA CELLARS wine or to be affiliated with, associated with, connected to, or sponsored by Plaintiff, and thereby forego purchase of the NAPA CELLARS wine, resulting in loss of sales to Plaintiff from Defendants' unfair competition.

35. Defendants' infringing use of the confusingly similar NAPA CELLARS Mark, NAPA CELLARS Design Mark and CLOS DE NAPA CELLARS mark will financially harm Plaintiff by diminishing the value of Plaintiff's NAPA CELLARS Mark and NAPA CELLARS Design Mark.

36. Defendants' use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark will also diminish the value of Plaintiff's NAPA CELLARS brand and mark and endanger the ability of Plaintiff's NAPA CELLARS Mark to serve as a unique and distinctive source indicator for Plaintiff and/or Plaintiff's goods.

37. Upon information of belief, Defendants' wine labeled with the CLOS DE NAPA CELLARS mark is lower in quality than that of Plaintiff's NAPA CELLARS wine. Accordingly, Defendants' use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark will devalue Plaintiff's NAPA CELLARS brand and mark.

38. Unless restrained by this Court, Defendants will unfairly compete with Plaintiff by using the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark, wherefore Plaintiff is without adequate remedy at law.

39. This case is an exceptional case entitling Plaintiff to treble damages and attorneys' fees, and Defendants' conduct further entitles Plaintiff to punitive damages and statutory damages resulting from Defendants' use of a counterfeit of Plaintiff's mark.

## FIRST CAUSE OF ACTION

(Federal Trademark Infringement under 15 U.S.C. §1114)

40. Defendants' above-averred actions constitute use in commerce of a reproduction, counterfeit, copy or colorable imitation of Plaintiff's registered mark in connection with the sale, offering for sale, distribution or advertising of goods or services on or in connection with which such use is likely to cause consumer confusion, deception or mistake as to source, sponsorship or approval of the Defendants' aforesaid goods or services in violation of 15 U.S.C. §1114.

## SECOND CAUSE OF ACTION

(Federal Trademark Infringement by use of a Counterfeit Mark
Under 15 U.S.C. §1116(d))

41. Defendants' above-averred actions constitute use in commerce of a counterfeit of Plaintiff's registered mark in connection with the sale, offering for sale, distribution or advertising of the identical goods which such use is likely to cause consumer confusion, deception or mistake as to source, sponsorship or approval of the Defendants' aforesaid goods or services in violation of 15 U.S.C. §1116(d).

**THIRD CAUSE OF ACTION**

(Federal Unfair Competition under 15 U.S.C. §1125(a))

42. The Defendants' above-averred actions constitute use in commerce of a word, name or device and false designation of origin which is likely to cause confusion, or to cause mistake, or to deceive as to affiliation, connection or association of Defendants with Plaintiff or as to the origin, sponsorship or approval of the goods offered in connection therewith in violation of 15 U.S.C. §1125(a).

**FOURTH CAUSE OF ACTION**

(State Unfair Competition under Cal. Bus. & Prof. Code §17200)

43. The Defendants' above-averred actions related to use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark in commerce constitute unlawful, unfair or fraudulent business acts or practices in violation of Cal. Bus. & Prof. Code §17200.

**FIFTH CAUSE OF ACTION**

(False or Misleading Statements under Cal. Bus. & Prof. Code §17500)

44. The Defendants' above-averred actions related to use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark in commerce constitute the dissemination and making of untrue or misleading statements, which by the exercise of reasonable care should have been known to be false or misleading, in violation of Cal. Bus. & Prof. Code §17500.

**SIXTH CAUSE OF ACTION**

(Common Law Trademark Infringement)

45. The Defendants' above-averred actions related to use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark in

commerce constitute trademark infringement and passing off in violation of the common law of California.

### SEVENTH CAUSE OF ACTION

(Common Law Unfair Competition)

46. The Defendants' above-averred actions related to use of the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark in commerce constitute a false designation of origin in violation of the common law of California.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that judgment be entered as follows:

1.    That Defendants, their principals, partners, franchisees, agents, employees, licensees, affiliates, distributors, producers, any parent and subsidiary companies, attorneys and representatives and all of those in privity with or acting under their direction and/or pursuant to their control, be preliminarily and permanently enjoined and restrained, from directly or indirectly:

a.    Using the NAPA CELLARS Mark, the NAPA CELLARS Design Mark and the CLOS DE NAPA CELLARS mark, or any term or mark confusingly similar to the NAPA CELLARS Mark, in connection with the advertisement, promotion, distribution, offering for sale or selling of alcohol beverages, or products or services related to alcohol beverages;

b.    Performing any acts or using any trademarks, names, words, images or phrases that are likely to cause confusion, to cause mistake, to deceive or otherwise mislead the trade or public into believing that Plaintiff and Defendants are one in the same or are in some way connected or that Plaintiff is a sponsor of Defendants or that the goods of Defendants

DICKENSON PEATMAN &amp; FOGARTY

originate with Plaintiff or are likely to lead the trade or public to associate Defendants with Plaintiff;

2.      That Defendants be required to file with the Court, and serve on Plaintiff, a statement under oath evidencing compliance with any preliminary or permanent injunctive relief ordered by the Court within fourteen (14) days after the entry of such order of injunctive relief;

3.      That Defendants, their principals, partners, franchisees, agents, employees, licensees, affiliates, distributors, producers, any parent and subsidiary companies, attorneys and representatives and all of those in privity with or acting under their direction and/or pursuant to their control, be required to deliver up for destruction all advertising, promotional materials, point of sale materials, labels, caps, corks, neckers, packaging, and any other materials bearing the infringing marks together with all artwork, plates, molds, matrices and other means and materials for making and reproducing the same;

4.      That Defendants be ordered to recall infringing CLOS DE NAPA CELLARS wine in the marketplace from retailers;

5.      That Defendant be ordered to pay Plaintiff monetary damages for the harm resulting from infringement of Plaintiff's mark, in an amount to be determined at trial and/or that Defendants be ordered to pay Plaintiff statutory damages up to $2,000,000 for Defendants' willful counterfeiting of Plaintiff's mark;

6.      That Plaintiff's damages be trebled and that Defendants be order to pay Plaintiff's attorneys' fees on the basis that this is an exceptional case;

7.      That Plaintiff be awarded punitive damages as a result of Defendants' conduct;

///

///

///

///

///

COMPLAINT; DEMAND
FOR JURY TRIAL

15

DICKENSON PEATMAN & FOGARTY

8.    That Plaintiff have such other and further relief as this Court shall deem just and proper on the merits.

Dated: October 2, 2019                Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
     J. Scott Gerien
     Joy L. Durand

     1455 First Street, Suite 301
     Napa, California 94559
     Telephone: 707-252-7122
     Facsimile: 707-255-6876

     Attorneys for Plaintiff,
     Sutter Home Winery, Inc.

DICKENSON  PEATMAN & FOGARTY

1

## DEMAND FOR JURY TRIAL

2

3          Plaintiff hereby requests a trial by jury in this matter.

4

5    Dated: October 1, 2019

6                                    Respectfully submitted,

7                                    DICKENSON, PEATMAN & FOGARTY

8

9

10   By J. Scott Gerien
                                        Joy L. Durand

11
                                        1455 First Street, Suite 301
12                                      Napa, California 94559
                                        Telephone: 707-252-7122
13                                      Facsimile: 707-255-6876

14                                      Attorneys for Plaintiff,
                                        Sutter Home Winery, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT; DEMAND                        17
FOR JURY TRIAL

**EXHIBIT A**



# NAPA
## C E L L A R S

### S A U V I G N O N   B L A N C

N A P A   V A L L E Y  |  v . 2 0 1 8



**APPELLATION:** Napa Valley

**COMPOSITION:** 100% Sauvignon Blanc

**AGING:** Stainless Steel

**ALCOHOL:** 13.9%

**T.A.:** 0.57 g / 100ml

**PH:** 3.44

**HARVEST DATE:**
August 22–September 5, 208

**RELEASE DATE:** April 2019

**CASES:** 23,800 (12-pack cases)

*With more than 40 years of winemaking heritage in California's most fabled wine region, Napa Cellars embodies the classic, unmistakable style of Napa Valley. Veteran winemaker Joe Shirley crafts our wines from estate vineyards and coveted partner sites throughout Napa's most revered sub-appellations. Meticulous care in the vineyard, coupled with gentle winemaking techniques, ensures our wines reflect the quality and richness of Napa Valley's terroir.*

### V I N E Y A R D
We meticulously selected fruit from several sub-appellations in the warmer regions of Napa Valley, including St. Helena, Calistoga, Rutherford and Oak Knoll to better tease out the vibrant aromas and flavors that make this varietal so appealing. Napa's warm days and cool nights are ideal for promoting Sauvignon Blanc's beautiful and vibrant aromatics, as well as its balanced acidity.

### C L O N A L   S E L E C T I O N :
UCD Clone 1 (higher acid, classic Napa Valley Sauvignon Blanc clone)

### H A R V E S T
The 2018 growing season offered superlative growing conditions with abundant rain at the beginning of the year. Plenty of sunshine and moderate temperatures throughout the spring and summer led up to a harvest with great crop quality.

### W I N E M A K I N G
After harvest, the fruit was immediately de-stemmed and sent to the press. A cool fermentation in 100% stainless steel tanks followed to better preserve the bright and crisp Sauvignon Blanc fruit characteristics.

### W I N E M A K E R   N O T E S
This Sauvignon Blanc opens with alluring aromas of melon, boxwood, gooseberry, grapefruit, citrus and guava. A full and lively palate of white peach and tropical fruit transitions to citrus, lemon rind and lemon grass balanced with orange blossom notes. This wine has bright acidity that gives way to a lingering, crisp finish. Winemaker Joe Shirley recommends pairing this Sauvignon Blanc with sea bass lightly drizzled with olive oil and sea salt, or tomato and cucumber gazpacho topped with basil, dill and goat cheese.

A   T R U E   N A P A   V A L L E Y   C L A S S I C   S I N C E   1 9 7 6



# NAPA
### CELLARS

VINEYARD SOURCING

SAUVIGNON BLANC | v.2018



○ OWNED VINEYARD
⬠ GROWER PARTNER

A TRUE NAPA VALLEY CLASSIC SINCE 1976

NAPACELLARS.COM

**EXHIBIT B**



*Estd.* 1976

# NAPA
## C E L L A R S

CABERNET SAUVIGNON

NAPA VALLEY | v.2017



This Napa Valley Cabernet Sauvignon brims with ripe, concentrated aromas of black currant and blackberry with a roasted coffee and mocha background, underscored by threads of faint floral notes. This wine's lush core of bright blackberry, cherry and red currant are complemented by expressive toasted notes on the mid-palate. The finish is full of lingering flavors of vanilla, caramel, toffee, tobacco and spice. Firmly textured tannins with fresh, balanced acidity make this Cabernet the perfect pairing for portbraised beef short ribs topped with mint leaves.

**EXHIBIT C**





*Estd.* 1976

# NAPA
## C E L L A R S

—— ◆ ——

### S A U V I G N O N   B L A N C

N A P A   V A L L E Y  |  v. 2 0 1 8

This Sauvignon Blanc opens with alluring aromas of melon, boxwood, gooseberry, grapefruit, citrus and guava. A full and lively palate of white peach and tropical fruit transitions to citrus, lemon rind and lemon grass balanced with orange blossom notes. This wine has bright acidity that gives way to a lingering, crisp finish. Winemaker Joe Shirley recommends pairing this Sauvignon Blanc with sea bass lightly drizzled with olive oil and sea salt, or tomato and cucumber gazpacho topped with basil, dill and goat cheese.

**EXHIBIT D**



### SAUVIGNON BLANC

NAPA VALLEY | v.2018



**APPELLATION:** Napa Valley

**COMPOSITION:** 100% Sauvignon Blanc

**AGING:** Stainless Steel

**T.A.:** 0.57 g / 100ml

**PH:** 3.44

*With more than 40 years of winemaking heritage in California's most fabled wine region, Napa Cellars embodies the classic, unmistakable style of Napa Valley. Veteran winemaker Joe Shirley crafts our wines from estate vineyards and coveted partner sites throughout Napa's most revered sub-appellations. Meticulous care in the vineyard, coupled with gentle winemaking techniques, ensures our wines reflect the quality and richness of Napa Valley's terroir.*

### VINEYARD
Meticulously selected fruit from several sub-appellations in the warmer regions of Napa Valley, including St. Helena, Calistoga, Rutherford abd Oak Knoll to better tease out the vibrant aromas and flavors that make this varietal so appealing. Napa's warm days and cool nights are ideal for promoting Sauvignon Blanc's beautiful and vibrant aromatics, as well as its balanced acidity.

### CLONAL SELECTION:
UCD Clone 1 (higher acid, classic Napa Valley Sauvignon Blanc clone)

### HARVEST
The 2018 growing season offered superlative growing conditions with abundant rain at the beginning of the year. Plenty of sunshine and moderate temperatures throughout the spring and summer led up to a harvest with great crop quality.

### WINEMAKING
After harvest, the fruit was immediately de-stemmed and sent to the press. A cool fermentation in 100% stainless steel tanks followed to better preserve the bright and crisp Sauvignon Blanc fruit characteristics.

### WINEMAKER NOTES
This Sauvignon Blanc opens with alluring aromas of melon, boxwood, gooseberry, grapefruit, citrus and guava. A full and lively palate of white peach and tropical fruit transitions to citrus, lemon rind and lemon grass balanced with orange blossom notes. This wine has bright acidity that gives way to a lingering, crisp finish. Winemaker Joe Shirley recommends pairing this Sauvignon Blanc with sea bass lightly drizzled with olive oil and sea salt, or tomato and cucumber gazpacho topped with basil, dill and goat cheese.